**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks    Date: July 15, 2013
Court Reporter: Janet Coppock            Time: 37 minutes
Probation Officer: Ryan Henry            Interpreter: n/a

**CASE NO.  13-CR-00009-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Robert Brown |
| Plaintiff, | |
| vs. | |
| **RAUL PINEDA-MORALES,** | Robert Pepin |
| Defendant. | |

---

**SENTENCING**

---

**10:03 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
13-CR-00009-PAB
July 15, 2013

Argument by Mr. Pepin in support of defendant's Motion for Departure Downward regarding over-representation of criminal history and cultural assimilation.

Argument by Mr. Brown.

Argument by Mr. Pepin in support of defendant's Motion for Variant Sentence and comments addressing sentencing.

Argument by Mr. Brown and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Downward Departure and for Non-Guideline Sentence (Variant Sentence) [Docket No. 19] is **GRANTED in PART and DENIED in PART.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **April 17, 2013** to count **1 of the Indictment.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **51** months.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Defendant is advised that if he/she enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he/she may be subject to further federal prosecutions.

**ORDERED:**  Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within **14 days.**

Page Three
13-CR-00009-PAB
July 15, 2013

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**10:40 a.m.    COURT IN RECESS**

**Total in court time:    37 minutes**

**Hearing concluded**